IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No. 5:12-cv-0007-FL

| | |
|---|---|
| DENISE PAYNE, Individually, and NATIONAL ALLIANCE FOR ACCESSIBILITY, INC., a Florida non-Profit Corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>MCDONALD'S CORPORATION, a Delaware Corporation, and IRELAND CROSSING, INC., a North Carolina Corporation,<br><br>Defendants. | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on Defendants' Consent Motion to Stay Rule 26(f) Conference filed on June 8, 2012. Having carefully considered the motion and the record, the undersigned will **GRANT** the motion.

**IT IS, THEREFORE, ORDERED** that the Rule 26(f) Conference required by Rule 26(f) of the Federal Rules of Civil Procedure and the Court's May 29, 2012 Initial Order Regarding Planning and Scheduling, is STAYED until fourteen (14) days after the Court rules on Defendants' currently pending Motion to Dismiss.

Dated: June 12, 2012

_____
Judge